**MILMAN LABUDA LAW GROUP PLLC**
**3000 Marcus Ave.**
**Suite 3W8**
**Lake Success, NY 11042**
**(516) 328-8899**

<u>**Via ECF**</u>

August 14, 2024

Hon. Joanna Seybert, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        ***Re: Hercules Pharmaceuticals, Inc. v. Brant Cherne***
        ***2:24-cv-05659-JS-AYS***

Dear Judge Seybert:

      This firm represents defendant Brant Cherne ("Defendant"), in the above-referenced matter. The plaintiff commenced this action today seeking a temporary restraining order. The plaintiff alleges that Defendant has breached various restrictive covenants in a purported employment agreement and stolen its "trade secrets" to use to compete against the plaintiff.

      This firm received the pleadings today and we are currently reviewing them. The ECF docket does not indicate that the Court has set any deadlines as of the filing of this letter. We ask that Defendant be given an opportunity to respond to the allegations prior to the Court issuing any affirmative relief to the plaintiff. As such, we ask that the Court schedule a date for Defendant to file his response within a reasonable time prior to scheduling a conference on the matter.

      Thank you.

                                              Respectfully,

                                              _____/s/_____
                                              Michael J. Mauro, Esq.

Cc: Counsel of record via ECF
     Brant Cherne
     Robert F. Milman, Esq.
     Jamie S. Felsen, Esq.