AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Hercules Pharmaceuticals, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-05659 |
| Brant Cherne ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Brant Cherne

Date: 08/14/2024

*Attorney's signature*

Robert F. Milman
*Printed name and bar number*
Milman Labuda Law Group PLLC
3000 Marcus Ave.
Suite 3W8
Lake Success, NY 11042
*Address*

rob@mmmlaborlaw.com
*E-mail address*

(516) 328-8899
*Telephone number*

(516) 328-0082
*FAX number*