# SUPPLEMENTAL DECLARATION OF SARA M. AMANI

## Filed Under Seal