# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| Hercules Pharmaceuticals, Inc. | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **24-cv-5659-JS-AYS** |
| Cherne | Date: **10/1/2024** |
| | Start Time: **1:18 PM**   Total Time: **1 hr. 20 mins.** |

## MINUTE ENTRY FOR A CIVIL PROCEEDING

### SEALED PROCEEDING: ☐ Yes ☑ No

### I. APPEARANCES:

Plaintiff: Hercules Pharmaceuticals, Inc.
Represented by: **Richard Schoenstein, and Brittany Lazzaro**

Defendant: Brant Cherne
Represented by: **Jamie Felsen, Michael Mauro, and Robert Milman**

_____: _____
Represented by: _____

_____: _____
Represented by: _____

_____: _____
Represented by: _____

_____: _____
Represented by: _____

_____: _____
Represented by: _____

Other Appearances: _____
_____
_____

Court Reporter(s): **Paul Lombardi**
_____

FTR Time(s): _____
Courtroom Deputy: Eric L. Russo

### II. PROCEEDINGS HELD:

☑ In-Person         ☐ Bench Trial (*see pg. 3*)            ☐ Jury Selection (*see pg. 3*)                    ☐ Pre-Trial Conference (*see pg. 2*)
☐ By Telephone      ☐ Contempt Hearing (*see pg. 2*)       ☐ Jury Trial (*see pg. 3*)                        ☐ Settlement Conference (*see pg. 2*)
☐ By Video          ☐ Evidentiary Hearing (*see pg. 2*)    ☑ Motion Hearing (*see pg. 2*)                    ☐ Show Cause Hearing (*see pg. 2*)
                    ☐ Fairness Hearing (*see pg. 2*)       ☐ Preliminary Injunction Hearing (*see pg. 2*)    ☐ Status Conference (*see pg. 2*)
                    ☐ Jury Deliberation (*see pg. 3*)      ☐ Pre-Motion Conference (*see pg. 2*)

☐ Other Proceeding: _____

### III. SUMMARY OF THE PROCEEDINGS:

- ☑ Motion Hearing _____ held.
    - ☑ Hearing held regarding the defendant's Motion for Temporary Restraining Order (see DE 39) and Motion to Unseal (see DE 43)___.
    - ☑ The parties presented their oral arguments to the Court.
    - ☐ Witness(es) were called for the: ☐ _____; ☐ _____; ☐ _____.
    - ☐ Exhibits were entered into evidence.
    - ☑ The Court made the following ruling(s):
        - ☑ GRANTED as to the defendant's Motion to Unseal_____.
        - ☑ DENIED as to the defendant's Motion for Temporary Restraining Order_____.
        - ☐ GRANTED, in part, as to _____.
        - ☐ Found MOOT as to _____.
        - ☐ Decision RESERVED as to _____.
    - ☑ The Court's decision: ☑ was entered on the record; ☐ will be entered under a separate order.
    - ☑ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ _____ held.
    - ☐ The parties advised the Court of the status of the case.
    - ☐ The parties presented their oral arguments to the Court regarding the proposed motion(s).
    - ☐ The following briefing schedule was set:
        - ☐ _____ shall serve the motion and all supporting papers by _____.
        - ☐ _____ shall serve the opposition to the motion and all supporting papers by _____.
        - ☐ _____ shall serve the cross-motion and all supporting papers by _____.
        - ☐ _____ shall serve the reply and all supporting papers by _____.
        - ☐ _____ shall serve the opposition to the cross motion and all supporting papers by _____.
        - ☐ _____ shall serve the reply to the cross motion and all supporting papers by _____.
        - ☐ The parties are directed to file their motion papers in accordance with the Court's Individual Rules regarding BUNDLING (see Rule III).
        - ☐ The Court will not grant any extensions of the deadlines set forth above.
    - ☐ The parties were directed to file a proposed briefing schedule on or before _____.
    - ☐ The Court deemed, or previously deemed, this case TRIAL READY.
        - ☐ The Court set the following pre-trial submission schedule:
            - ☐ Motion(s) in Limine and all supporting papers shall be filed by _____.
            - ☐ Opposition(s) to Motions in Limine and all supporting papers shall be filed by _____.
            - ☐ Reply(ies) to Motions in Limine and all supporting papers shall be filed by _____.
            - ☐ Proposed voir dire questions and a brief case summary shall be filed by _____.
            - ☐ Proposed exhibits and a witness list shall be filed by _____.
            - ☐ Proposed jury charge and verdict sheet shall be filed by _____.
            - ☐ The Court will not grant any extensions of the deadlines set forth above.
            - ☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (see Rule IV).
            - ☐ The parties are directed to e-mail copies of the proposed case summary, voir dire questions, witness list, jury charge, and verdict sheets in Word format to the Chambers e-mail at "Seybert_Chambers@nyed.uscourts.gov".
        - ☐ The parties were directed to file a proposed pre-trial submission schedule on or before _____.
        - ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
    - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ Fairness Hearing/Settlement Conference held.
    - ☐ The parties outlined the details of the settlement agreement.
    - ☐ No party(ies) appeared opposing the settlement.
    - ☐ Objections to the proposed settlement were heard.
    - ☐ The Court made the following ruling(s):
        - ☐ GRANTED as to the: ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        - ☐ DENIED as to the: ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        - ☐ GRANTED, in part, as to the: ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        - ☐ Found MOOT as to the: ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        - ☐ Decision RESERVED as to the: ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
    - ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order.
    - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ Bench Trial held.
  - ☐ Opening statements heard from: ☐ all parties; ☐ the _____; ☐ the _____; ☐ the _____.
  - ☐ Opening statements waived by: ☐ all parties; ☐ the _____; ☐ the _____; ☐ the _____.
  - ☐ Witness(es) were called for: ☐ all parties; ☐ the _____; ☐ the _____; ☐ the _____.
  - ☐ Exhibits were entered into evidence.
  - ☐ _____ rests.
  - ☐ _____ rests.
  - ☐ _____ rests.
  - ☐ Summations were heard from: ☐ all parties; ☐ the _____; ☐ the _____; ☐ the _____.
  - ☐ Summations waived by: ☐ all parties; ☐ the _____; ☐ the _____; ☐ the _____.
  - ☐ The Court set the following post-trial submission schedule:
    - ☐ _____ shall file proposed Findings of Fact and Conclusions of Law by _____.
    - ☐ _____ shall file proposed Findings of Fact and Conclusions of Law by _____.
    - ☐ _____ shall file proposed Findings of Fact and Conclusions of Law by _____.
    - ☐ _____ shall file proposed Findings of Fact and Conclusions of Law by _____.
  - ☐ The Court's decision: ☐ was RESERVED; ☐ was entered on the record; ☐ will be entered under a separate order.
  - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ Jury Selection/Voir Dire held.
  - ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
  - ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
  - ☐ A jury of _____ were selected and are satisfactory to all parties.
  - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ Jury Trial held.
  - ☐ A jury of _____, previously selected by _____, are satisfactory to all parties.
  - ☐ The selected jurors were sworn as trial jurors.
  - ☐ The jurors were given preliminary instructions by the Court.
  - ☐ Opening statements heard from the: ☐ the _____; ☐ the _____; ☐ the _____.
  - ☐ Witness(es) were called for the: ☐ the _____; ☐ the _____; ☐ the _____.
  - ☐ Exhibits were entered into evidence.
  - ☐ _____ rests.
  - ☐ _____ rests.
  - ☐ _____ rests.
  - ☐ A Charge Conference was held with the Court and counsel.
  - ☐ Summations were heard from: ☐ all parties; ☐ the _____; ☐ the _____; ☐ the _____.
  - ☐ Summations waived by: ☐ all parties; ☐ the _____; ☐ the _____; ☐ the _____.
  - ☐ The Court charged the jury.
  - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ Jury Deliberation held.
  - ☐ Jury Notes were received and marked as Court Exhibits.
  - ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
  - ☐ The jury rendered their verdict.
  - ☐ The jurors were polled as to their verdict.
  - ☐ The Verdict Sheet was received and marked as a Court Exhibit.
  - ☐ The jurors were excused with the thanks of the Court.
  - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

## IV. FURTHER PROCEEDINGS SET:

☑ No further proceedings have been set at this time.

☐ Bench Trial is set for _____ at _____ before _____, _____.

☐ Contempt Hearing is set for _____ at _____ before _____, _____.

☐ Evidentiary Hearing is set for _____ at _____ before _____, _____.

☐ Fairness Hearing is set for _____ at _____ before _____, _____.

☐ Jury Deliberation is set for/shall continue on _____ at _____.

☐ Jury Selection is set for _____ at _____ before _____, _____.

☐ Jury Trial is set for _____ at _____ before _____, _____.

☐ Motion Hearing is set for _____ at _____ before _____, _____.

☐ Preliminary Injunction Hearing is set for _____ at _____ before _____, _____.

☐ Pre-Motion Conference is set for _____ at _____ before _____, _____.

☐ Pre-Trial Conference is set for _____ at _____ before _____, _____.

☐ Settlement Conference is set for _____ at _____ before _____, _____.

☐ Show Cause Hearing is set for _____ at _____ before _____, _____.

☐ Status Conference is set for _____ at _____ before _____, _____.

☐ The Court ordered the proceeding(s) above to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.

☐ The Court ordered the proceeding(s) above to be held by video, via **ZoomGov**. The parties on the case will be sent a separate notice by the Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date approaches.

☐ See Section V and/or VI (*page 5*) for additional details regarding the proceeding(s) set.

**** INTENTIONALLY LEFT BLANK ****

## V. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ **The record of this proceeding was deemed SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☑ The Court made the following rulings:

- For the reasons stated on the record, the defendant's letter dated 9/26/2024 (see DE 43) shall be considered, and re-classified, as a Motion to Unseal and that motion is granted for the sole purpose of allowing defense counsel to obtain copies of the requested documents from the Clerk's Office.

## VI. ADDITIONAL RULINGS:

☐ The Court makes the following additional rulings (*not addressed during the proceedings*):